# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135190

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

FRANK LEONARD BUTZ,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135190
COA: 275792
St. Joseph CC: 06-013477-FH

On order of the Court, the application for leave to appeal the October 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

p0211

Clerk